IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff – Appellant – Cross-Appellee,<br><br>v.<br><br>LINWEI DING, aka Leon Ding<br><br>Defendant – Appellee – Cross-Appellant. | Nos. 26-6144, 26-6147<br><br>D.C. No. 3:24-cr-00141-VC-1<br>Northern District of California, San Francisco<br><br>**MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL** |

Pursuant to Circuit Rule 4-1(c), appointed counsel for Linwei Ding in the district court, Grant P. Fondo, moves this Court for leave to withdraw as appointed counsel and for the Court to appoint substitute counsel for this appeal. Counsel Darryl Michael Woo and Lora Jasmina Krsulich also respectfully move to withdraw. In support of this motion, counsel states the following:

1. Mr. Ding qualified for appointment of counsel below and his financial situation continues to qualify him for appointment of counsel on appeal.

2. Experienced appellate counsel can provide a fresh perspective on the issues presented on appeal.

3. Mr. Ding is out of custody until his surrender date of December 1, 2026.

4. Counsel served this motion on Mr. Ding at his home address.

I declare under penalty of perjury that the preceding information is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Dated: September 28, 2026

*/s/ Grant P. Fondo*

GRANT P. FONDO (SBN 181530)
GFondo@goodwinlaw.com
601 Marshall Street
Redwood City, CA 94063
Tel: +1 650 752 3100
Fax: +1 650 853 1038

LORA J. KRSULICH (SBN 315399)
LKrsulich@goodwinlaw.com
601 S. Figueroa Street, Suite 4100
Los Angeles, CA 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

DARRYL M. WOO (SBN 100513)
DWoo@goodwinlaw.com
525 Market Street, Floor 32
San Francisco, CA 94105
Tel.: +1 415 733 6000

Fax: +1 415 677 9041

Attorneys for Defendant/Appellee/
Cross-Appellant
LINWEI DING

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2026, a copy of the foregoing motion was transmitted to all counsel of record via the Court's Electronic Case Filing System. I certify that counsel for Appellant are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Grant P. Fondo*
Grant P. Fondo